



Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    GrantedPublicAccess   Logoff ALLISONLEE7

## 1722-CC01228 - SUSAN L BUTLER ET AL V CHADEAYNE, LLC ET AL (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**      Sort Date Entries: ● Descending   Display Options:
Click here to Respond to Selected Documents      ○ Ascending    [ All Entries ▼ ]

---

**05/31/2017** ☐ **Notice of Service**
Return of Service for Defendant Pacific Patent Group LLC.
     **Filed By:** DOUGLAS PATRICK DOWD

☐ **Notice of Service**
Return of Service for Defendant Holli Templeton.
     **Filed By:** DOUGLAS PATRICK DOWD

☐ **Corporation Served**
Document ID - 17-SMOS-3488; Served To - PACIFIC PATENT GROUP, LLC; Server - ; Served Date - 25-MAY-17; Served Time - 00:00:00; Service Type - Other; Reason Description - Served

☐ **Summons Personally Served**
Document ID - 17-SMOS-3489; Served To - TEMPLETON, HOLLI; Server - ; Served Date - 25-MAY-17; Served Time - 00:00:00; Service Type - Other; Reason Description - Served

---

**05/19/2017** ☐ **Notice of Service**
     **Filed By:** WILLIAM T DOWD
     **On Behalf Of:** SUSAN L. BUTLER, PATRICK J. BUTLER

☐ **Notice of Service**
Return of Service on Andrew Chadeayne; Electronic Filing Certificate of Service.
     **Filed By:** WILLIAM T DOWD

☐ **Corporation Served**
Document ID - 17-SMOS-3486; Served To - CHADEAYNE, LLC; Server - ; Served Date - 14-MAY-17; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Summons Personally Served**
Document ID - 17-SMOS-3487; Served To - CHADEAYNE, ANDREW R.; Server - ; Served Date - 10-MAY-17; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

---

**05/16/2017** ☐ **Jury Trial Scheduled**
     **Scheduled For:** 11/27/2017; 9:00 AM; MICHAEL KELLAN MULLEN; City of St. Louis

---

**05/04/2017** ☐ **Request Filed**
Request for Appointment of Process Server.
     **Filed By:** DOUGLAS PATRICK DOWD
     **On Behalf Of:** SUSAN L. BUTLER, PATRICK J. BUTLER

---

**05/03/2017** ☐ **Summons Issued-Circuit**

**EXHIBIT**
**A**

Document ID: 17-SMOS-3489, for TEMPLETON, HOLLI.

☐ **Summons Issued-Circuit**
Document ID: 17-SMOS-3488, for PACIFIC PATENT GROUP, LLC.

☐ **Summons Issued-Circuit**
Document ID: 17-SMOS-3487, for CHADEAYNE, ANDREW R..

☐ **Summons Issued-Circuit**
Document ID: 17-SMOS-3486, for CHADEAYNE, LLC.

☐ **Filing Info Sheet eFiling**
**Filed By:** DOUGLAS PATRICK DOWD

☐ **Pet Filed in Circuit Ct**
Petition for Damages - Legal Malpractice.
**Filed By:** DOUGLAS PATRICK DOWD
**On Behalf Of:** SUSAN L. BUTLER, PATRICK J. BUTLER

☐ **Judge Assigned**

**1722-CC01228**

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| **SUSAN L. BUTLER, AND**<br>**PATRICK J. BUTLER,**<br><br>　　**Plaintiffs,**<br><br>　　**v.**<br><br>**CHADEAYNE, LLC.,**<br>Serve:　　　Andrew R. Chadeayne,<br>　　　　　　Registered Agent<br>　　　　　　10900 NE 4TH ST., Suite 203<br>　　　　　　Bellevue, Washington 98004<br><br>**ANDREW R. CHADEAYNE,**<br>Serve at:　　10900 NE 4TH ST., Suite 203<br>　　　　　　Bellevue, Washington 98004<br><br>**PACIFIC PATENT GROUP, LLC,**<br>Serve:　　　Noemi Tovar,<br>　　　　　　Registered Agent<br>　　　　　　8201 164th Ave., Suite 200<br>　　　　　　Redmond, Washington 98052<br><br>**and**<br><br>**HOLLI TEMPLETON,**<br>Serve at:　　8201 164th Ave., Suite 200<br>　　　　　　Redmond, Washington 98052<br><br>　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>　　**Cause No.**<br>)<br>)<br>　　**Division No.**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PETITION FOR DAMAGES – LEGAL MALPRACTICE

　　COME NOW Plaintiffs Susan L. Butler and Patrick J. Butler, and for their cause of action against Defendants Chadeayne, LLC, Andrew Chadeayne, Pacific Patent Group, LLC, and Holli Templeton state as follows:

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

## PARTIES

1.      Plaintiffs Susan L. Butler and Patrick J. Butler are citizens of the State of Missouri.  They are married to one another and reside in St. Louis County, Missouri.

2.      Defendant Chadeayne, LLC, is an active Washington legal services corporation, organized and existing pursuant to the laws of the State of Washington, with its principal place of business and Registered agent located at 10900 NE 4TH Street, Suite 203, Bellevue, Washington 98004.  At all relevant times, Defendant Chadeayne, LLC acted by and through its members and authorized agents and persons including, but not limited to, attorney Andrew Chadeayne.  Defendant Chadeayne, LLC, as a legal services corporation, had the duty to use that degree of skill and learning ordinarily used by legal service corporations under the same or similar circumstances in the performance of its legal services for Plaintiffs Susan L Butler and Patrick J. Butler.

3.      Defendant Andrew Chadeayne is a lawyer, licensed to practice law in the United States Patent and Trademark Office, and at all relevant times was a member, authorized person and agent of Defendant Chadeayne, LLC.  Mr. Chadeayne had the duty to use that degree of skill and learning ordinarily used by members of the legal profession under the same or similar circumstances in the performance of his legal services for Plaintiffs Susan L. Butler and Patrick J. Butler.  Chadeayne, LLC and Mr. Andrew Chadeayne were agents of each other at all relevant times.

4.      Defendant Pacific Patent Group, LLC, is an active Washington paralegal and business services corporation, organized and existing pursuant to the laws of the State of Washington, with its principal place of business and registered agent located at 8201 164th Ave. NE, Suite 200, Redmond WA 98052.  At all relevant times, Defendant Pacific Patent Group,

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

LLC acted by and through its employees and authorized agents and persons including, but not limited to, paralegal Holli Templeton  Defendant Pacific Patent Group, LLC as a paralegal services corporation, had the duty to use that degree of skill and learning ordinarily used by paralegal service corporations under the same or similar circumstances in the performance of its paralegal services for Plaintiffs Susan L Butler and Patrick J. Butler.

5.    Defendant Holli Templeton is a paralegal employed by Pacific Patent Group, LLC, and at all relevant times was an employee and authorized agent of Defendant Pacific Patent Group, LLC.  Ms. Templeton had the duty to use that degree of skill and learning ordinarily used by members of the paralegal profession under the same or similar circumstances in the performance of her paralegal services for Plaintiffs Susan L. Butler and Patrick J. Butler.  Pacific Patent Group, LLC and Ms. Templeton were agents of each other at all relevant times.

## JURISDICTION AND VENUE

6.    This Court has jurisdiction pursuant to Article V, § 14(a) of the Missouri Constitution and MO REV. STAT. § 478.070. and § 506.500.1.  This cause of action arises from Defendants' transaction of business in the State of Missouri and the contract for legal services Defendants entered into with Plaintiffs in the State of Missouri.

7.    Defendants are subject to this Court's jurisdiction because they transacted business in the State of Missouri, they derived substantial revenue from the State of Missouri, they committed a tort in whole or in part in the State of Missouri, and they entered into a contract for legal services in the State of Missouri, their breach of which forms the basis for Plaintiffs' claims.

8.    Defendants communicated by phone and email with Plaintiffs in St. Louis.  They collaborated with Plaintiffs on the drafting of the patent application, and they accepted payments

3/10

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

from St. Louis for these legal services related to Plaintiffs' patent. Defendants advertised their patenting legal services nationwide on the internet and solicited clients in Missouri, including the Plaintiffs. Because of Defendants' regular and significant contacts with the State of Missouri, Defendants could reasonably foresee being sued in the State of Missouri. Therefore, this Court's exercise of jurisdiction over Defendants comports with the due process clause of the United States Constitution in that Defendants clearly had sufficient minimum contacts with the State of Missouri, such that this Court's exercise of jurisdiction would not offend fundamental notions of fair play and justice.

9.      Venue is proper in this Court pursuant to MO. REV. STAT. § 508.010, which provides that if all Defendants are nonresidents of Missouri they may be sued in any County in the State of Missouri in that all Defendants are nonresidents of the State of Missouri.

## FACTS COMMON TO ALL COUNTS

10.      In November 2015, Defendants Chadeayne, LLC, and Andrew Chadeayne (the Chadeayne Defendants) entered into an attorney-client relationship with Plaintiffs when Plaintiffs employed said Defendants to be their lawyers to handle and prosecute U.S. Patent Application 62258322 relating to "multi-flavored and/or multi-colored food spread compositions, methods of making the same, and packages housing the same." Plaintiffs paid the Chadeayne Defendants for their legal and patent filing services from Missouri. During their communications, the Chadeayne Defendants, through Andrew Chadeayne, advised Plaintiffs that he used a patent filing service to electronically file documents with the United States Patent and Trademark Office.

11.      During the course of the patent application process, the Chadeayne Defendants worked with Plaintiffs on drafting the final version of Patent Application 62258322. Plaintiffs

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

relied on the Chadeayne Defendants' expertise in drafting and handling the filing of Patent Application 62258322.

12.    On November 20, 2015, Defendants Andrew Chadeayne and Holli Templeton filed a Provisional Patent Application 62258322, with an EFS ID of 24147395. Andrew Chadeayne and Holli Templeton are shown as the "Filer(s)" on the Electronic Acknowledgement Receipt received from the United States Patent and Trademark Office.

13.    After November 20, 2015, all Defendants failed to file any additional documents in the United States Patent and Trademark Office. More specifically, all Defendants failed to file a Nonprovisional Patent Application relating to Patent Application 62258322. All Defendants knew that a corresponding Nonprovisional Patent Application must be filed during the 12-month pendency period after the filing of provisional Patent Application 62258322, and that if the Nonprovisional Patent was not filed, Plaintiffs' legal rights to the claims in Patent Application 62258322 would be lost forever.

## COUNT I
## LEGAL MALPRACTICE / CONSCIOUS DISREGARD

14.    Defendants Chadeayne, LLC, and Andrew Chadeayne failed to exercise that degree of skill and learning ordinarily used under the same or similar circumstances by members of the legal profession, in that Chadeayne, LLC, and Andrew Chadeayne:

(a)    Failed to file a Nonprovisional Patent Application relating to Provisional Patent Application 62258322 before the 12-month pendency period ran;

(b)    Failed to comply with the most basic standard of care which requires the filing of papers with the patent and trademark office on a timely basis;

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

(c)    Failed to timely file the Nonprovisional Application relating to Patent Application 62258322 despite express instructions from Plaintiffs to fully file and prosecute their patent, and with sufficient time to prepare and file the application; and

(d)    Failed to inform Plaintiffs that they had committed malpractice and that the Plaintiffs should immediately consult with another attorney to properly protect their patent rights as well as their rights to seek redress for the Chadeayne Defendants' breach of their duties.

15.    The Chadeayne Defendants have admitted that they failed to file the Nonprovisional Patent Application on time, and that they have instituted procedures to properly docket due dates for filing of legal documents in the United States Patent and Trademark Office.

16.    A patent gives the owner the right to exclude others from using a patented invention and to receive licensing fees and royalties from others who wish to use the invention. In the absence of a patent covering an invention, others are free to use and practice the invention without paying licensing fees or royalties.

17.    If the Nonprovisional Application relating to Patent Application N62258322 had been timely filed by Defendants Chadeayne, LLC, and Andrew Chadeayne, valuable patents on that invention would have issued, and Plaintiffs legal rights to the claims in provisional Patent Application 62258322 would have been protected.

18.    But for the failure of Defendants Chadeayne, LLC, and Andrew Chadeayne, to timely file the Nonprovisional Patent Application relating to Patent Application N62258322, Plaintiffs would have obtained the right from the United States Patent and Trademark Office to exclude all others from practicing the invention and to have been paid licensing fees and royalties for the use of the product by others, as well as the valuable right to sell the patent.

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

19.     As a direct and proximate result of Defendants Chadeayne, LLC, and Andrew Chadeayne's negligence as set forth above, Plaintiffs have sustained damages in excess of $25,000.00, in an amount to be proven at trial.

20.     Defendants' conduct as set forth above showed a complete indifference to and conscious disregard for the Plaintiffs' rights thereby entitling Plaintiffs to punitive damages.

WHEREFORE, Plaintiffs Susan L. Butler and Patrick J. Butler pray judgment against Defendants Chadeayne, LLC, and Andrew Chadeayne for actual damages in excess of Twenty-Five Thousand Dollars ($25,000.00), punitive damages to punish and deter Defendants from like conduct in the future, pre-judgment and post-judgment interest, attorneys' fees, costs, and for such other and further relief as the Court deems just and proper, the premises considered.

## COUNT II
## BREACH OF CONTRACT

COME NOW Plaintiffs Susan L. Butler and Patrick J. Butler, and for Count II of their Petition directed against Defendants state as follows

21.     Plaintiffs herewith adopt by reference each and every allegation set forth in Paragraphs 1 – 20 of this Petition, the same as if fully herein set forth.

22.     Plaintiffs and Defendants entered into a legal services contract the terms of which employed said Defendants to handle the drafting and filing of the patent application described above.  An implied and material term of the employment contract required said Defendants to perform the legal services and patent filing services for Plaintiffs in a timely, diligent, and professional manner.  Plaintiffs performed the contract by providing Defendants with all documents and information necessary for Defendants to perform the legal services and patent filing services they were hired to perform and by paying Defendants for their legal services relating to the patent application described above.

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

23.    Defendants breached their legal services contract with Plaintiffs by failing to exercise that degree of skill, learning and diligence normally used under the same or similar circumstances by members of the legal profession and paralegal profession in that they failed to timely file the appropriate legal papers with the United States Patent and Trademark Office relating to the patent application discussed above which resulted in Plaintiffs' intellectual property rights to their patent being lost forever.

24.    As a direct and proximate result of Defendants' breach of their legal services contract with Plaintiffs Susan Butler and Patrick Butler, Plaintiffs have sustained damages in excess of $25,000.00, in an amount to be proven at trial.

WHEREFORE, Plaintiffs Susan L. Butler and Patrick J. Butler pray judgment against Defendants Chadeayne, LLC, and Andrew Chadeayne for actual damages in excess of Twenty-Five Thousand Dollars ($25,000.00), pre-judgment and post-judgment interest, attorneys' fees, costs, and for such other and further relief as the Court deems just and proper, the premises considered.

### COUNT III
### LEGAL SERVICES PROVIDER NEGLIGENCE

COME NOW Plaintiffs Susan L. Butler and Patrick J. Butler and for Count III of their Petition directed against Defendants Pacific Patent Group, LLC, and Holli Templeton state as follows

25.    Plaintiffs herewith adopt by reference each and every allegation contained in Paragraphs 1 – 24 of this Petition, the same as if fully herein set forth.

26.    Defendant Holli Templeton was a paralegal employed by Defendant Pacific Patent Group, LLC, and was hired by Plaintiffs by and through Defendant Chadeayne, LLC, who worked on the Butlers' Patent Application 62258322, which is the subject of this suit.  Ms.

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

Templeton is listed as a "Filer" on the Electronic Acknowledgement Receipt received from the United States Patent and Trademark Office.

27.     As a paralegal working on the Butlers' Patent Application 62258322, Ms. Templeton was responsible for keeping track of the dates that legal documents relating to Patent Application 62258322 were required to be filed in the United States Patent and Trademark Office in order to preserve the valuable property rights of the inventors, including the date that the Nonprovisional Application described above was required to be filed in the United States Patent and Trademark Office.

28.     Defendant Holli Templeton was negligent and breached her duties to Plaintiffs to use that degree of skill and learning ordinarily used by paralegal service providers under the same or similar circumstances in that she failed to properly supervise and docket the date that the Nonprovisional Application was required to be filed in the United States Patent and Trademark Office.

29.     As a direct and proximate result of Defendants Pacific Patent Group, LLC, and Holli Templeton's negligence as set forth above, Plaintiffs have sustained damages in excess of $25,000.00, in an amount to be proven at trial.

30.     Defendants' conduct as set forth above showed a complete indifference to and conscious disregard for the Plaintiffs' rights, thereby entitling Plaintiffs to punitive damages.

WHEREFORE, Plaintiffs Susan L. Butler and Patrick J. Butler pray judgment against Defendant Pacific Patent Group, LLC, and Holli Templeton for actual damages in excess of Twenty-Five Thousand Dollars ($25,000.00), punitive damages to punish and deter Defendants from like conduct in the future, pre-judgment and post-judgment interest, attorneys' fees, costs, and for such other and further relief as the Court deems just and proper, the premises considered.

Electronically Filed - City of St. Louis - May 03, 2017 - 04:48 PM

DOWD & DOWD, P.C.


BY:   /s/ Douglas P. Dowd
      DOUGLAS P. DOWD (29240)
      Attorneys for Plaintiffs
      211 North Broadway, Suite 4050
      St. Louis, Missouri   63102
      Phone: (314) 621-2500
      Fax:    (314) 621-2503
      doug@dowdlaw.net



## IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY | Process Server 1 |
| vs. | SAINT LOUIS, MO 63102 | Process Server 2 |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: CHADEAYNE, LLC
                    Alias:
ANDREW R. CHADEAYNE, R.A.
10900 NE 4TH STREET, SUITE 203
BELLEVUE, WA 98004

*COURT SEAL OF*

      You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**                    *Thomas Kloeppinger*
————————————————                    ————————————————
      Date                    Thomas Kloeppinger
*CITY OF ST LOUIS*                    Circuit Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

————————————————                    ————————————————
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

      **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
             ☐ the judge of the court of which affiant is an officer.
             ☐ authorized to administer oaths in the state in which the affiant served the above summons.
*(Seal)*             (use for out-of-state officer)
             ☐ authorized to administer oaths. (use for court-appointed server)

————————————————————————
                Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

**See the following page for directions to clerk and to officer making return on service of summons.**

### Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO 63102 | Process Server 1 |
| vs. | | Process Server 2 |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  ANDREW R. CHADEAYNE
Alias:
10900 NE 4TH STREET, SUITE 203
BELLEVUE, WA  98004

*COURT SEAL OF*



*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**
_____
Date

*Thomas Kloeppinger*
_____
Thomas Kloeppinger
Circuit Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
    ☐ the judge of the court of which affiant is an officer.
    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
    ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| **Total** | $_____ | |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number:  1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO  63102 | Process Server 1 |
| vs. | | Process Server 2 |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  PACIFIC PATENT GROUP, LLC
                Alias:
NOEMI TOVAR, REG. AGENT
8201 164TH AVE., SUITE 200
REDMOND, WA  98052

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**
_____
Date

*Thomas Kloeppinger* (signature)
_____
Thomas Kloeppinger
Circuit Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

    Subscribed and Sworn To me before this _____ (day) _____ (month) _____ (year)
    I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                ☐ the judge of the court of which affiant is an officer.
*(Seal)*              ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                  (use for out-of-state officer)
             ☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54. The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered. The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service. The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy. The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy. If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons. This form is not for use in attachment actions. (See Rule 54.06, 54.07 and 54.14)

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number:  1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO  63102 | Process Server 1 |
| | | Process Server 2 |
| vs. | | |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  HOLLI TEMPLETON
Alias:
8201 164TH AVENUE, SUITE 200
REDMOND, WA  98052

**COURT SEAL OF**

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**
_____
Date

*Thomas Kloeppinger*
_____
Thomas Kloeppinger
Circuit Clerk

**CITY OF ST LOUIS**

Further Information: _____

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
   ☐   delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐   leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☐   (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐   other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)   ☐   the clerk of the court of which affiant is an officer.
            ☐   the judge of the court of which affiant is an officer.
            ☐   authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
            ☐   authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) |
| **Total** | $_____ | |

**See the following page for directions to clerk and to officer making return on service of summons.**

### Directions to Clerk

Personal service outside the State of Missouri is permitted only upon certain conditions set forth in Rule 54.  The clerk should insert in the summons the names of only the Defendant/Respondent or Defendants/Respondents who are to be personally served by the officer to whom the summons is delivered.  The summons should be signed by the clerk or deputy clerk under the seal of the court and a copy of the summons and a copy of the petition for each Defendant/Respondent should be mailed along with the original summons to the officer who is to make service.  The copy of the summons may be a carbon or other copy and should be signed and sealed in the same manner as the original but it is unnecessary to certify that the copy is a true copy.  The copy of the motion may be a carbon or other copy and should be securely attached to the copy of the summons but need not be certified a true copy.  If the Plaintiff's/Petitioner has no attorney, the Plaintiff's/Petitioner's address and telephone number should be stated in the appropriate square on the summons.  This form is not for use in attachment actions.  (See Rule 54.06, 54.07 and 54.14)

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States.  If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

Electronically Filed - City of St. Louis - May 04, 2017 - 04:33 PM

**In the**

# CIRCUIT COURT
## City of St. Louis, Missouri

SUSAN L. BUTLER and PATRICK J. BUTLER
Plaintiff/Petitioner

vs.

CHADEAYNE, LLC, et al.
Defendant/Respondent

For File Stamp Only

May 4, 2017
Date

1722-CC01228
Case number

1
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _____Plaintiffs_____, pursuant
Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of
Jeffrey Walker, Walker Investigations Co.    946 12th Ave. East, Seattle WA 98102    206-714-8291
Name of Process Server                              Address                                    Telephone

Name of Process Server                              Address                                    Telephone

Name of Process Server                              Address                                    Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:  CHADEAYNE, LLC
 Registered Agent-Andrew R. Chadeayne
Name

10900 NE 4th Street, Suite 203
Address
 Bellevue, Washington   98004
City/State/Zip

SERVE:  PACIFIC PATENT GROUP, LLC
 Registered Agent-Noemi Tovar
Name

8201 164th Ave., Suite 200
Address
 Redmond, Washington 98052
City/State/Zip

SERVE:  Andrew R. Chadeayne
Name

10900 NE 4th Street, Suite 203
Address
 Bellevue, Washington   98004
City/State/Zip

SERVE:  Holli Templeton
Name

8201 164th Ave., Suite 200
Address
 Redmond, Washington 98052
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
Deputy Clerk

_____
Date

 Douglas P. Dowd
Attorney/Plaintiff/Petitioner
29240
Bar No.
 211 North Broadway, Ste 4050, St. Louis MO 63102
Address  314-621-2500
Phone No.

Electronically Filed - City of St. Louis - May 04, 2017 - 04:33 PM

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

   a. Is twenty-one years of age or older;

   b. Has a high school diploma or an equivalent level of education;

   c. Has insurance coverage for any errors or omissions occurring in the service of process;

   d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

   e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers.  Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license.  No other identification will be allowed.  All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers.  The license fees shall be made payable to the Sheriff of the City of St. Louis.

Electronically Filed - City of St. Louis - May 04, 2017 - 04:33 PM

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing.  Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk.  Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years.  Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)

Electronically Filed - City of St. Louis - May 19, 2017 - 01:09 PM



# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1722-CC01228 |
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO 63102 | Process Server 1 |
| | vs. | | Process Server 2 |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: ANDREW R. CHADEAYNE
Alias:
10900 NE 4TH STREET, SUITE 203
BELLEVUE, WA 98004

COURT SEAL OF

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**
_____
Date

_Thomas Kloeppinger_
Thomas Kloeppinger
Circuit Clerk

CITY OF ST LOUIS

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is __JEFF WALKER__ of __King__ County, __WA__ (state).
3. I have served the above summons by: (check one)

[X] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
[ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
[ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
[ ] other (describe)

Served at __58 E Sunset Way__ __Issaquah__ (address)
in __King__ County, __WA__ (state), on __May 10 2017__ (date) at __10:33__ (time).

__JEFF WALKER__
Printed Name of Sheriff or Server

_signature_
Signature of Sheriff or Server

Subscribed and Sworn To me before this __10__ (day) __May__ (month) __2017__ (year)
I am: (check one)
[ ] the clerk of the court of which affiant is an officer.
[ ] the judge of the court of which affiant is an officer.
[ ] authorized to administer oaths in the state in which the affiant served the above summons.
(use for out-of-state officer)
[ ] authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - City of St. Louis - May 19, 2017 - 01:09 PM



**IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO 63102 | Process Server 1 |
| | vs. | Process Server 2 |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: CHADEAYNE, LLC
           **Alias:**
ANDREW R. CHADEAYNE, R.A.
10900 NE 4TH STREET, SUITE 203
BELLEVUE, WA 98004

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**
_____
Date

*Thomas Kloeppinger*
_____
Thomas Kloeppinger
Circuit Clerk

*CITY OF ST LOUIS*

Further Information:

---

**Officer's or Server's Affidavit of Service**

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____JEFF WALKER_____ of ___King___ County, __WA__ (state).
3. I have served the above summons by: (check one)
   ☒ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
   ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Andrew Chadeayne_ (name) _Reg. Agent_ (title).
   ☐ other (describe)
Served at _58 E Sunset WAY_ (address)
in _Issaquah WA_ County, _King Co. WA_ (state), on _May 18 2017_ (date) at _10:33_ (time).
_____JEFF WALKER_____                    _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Subscribed and Sworn To me before this __18__ (day) __May__ (month) _2017_ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
    ☐ the judge of the court of which affiant is an officer.
    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
    ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ ____ per mile) |
| Total | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - City of St. Louis - May 31, 2017 - 11:15 AM



**IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI**

| Judge or Division: | Case Number: 1722-CC01228 | |
|---|---|---|
| MICHAEL KELLAN MULLEN | | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address: | Process Server 1 |
| SUSAN L. BUTLER | DOUGLAS PATRICK DOWD | |
| | SUITE 4050 | |
| | 211 NORTH BROADWAY | |
| | SAINT LOUIS, MO 63102 | Process Server 2 |
| vs. | | |
| Defendant/Respondent: | Court Address: | Process Server 3 |
| CHADEAYNE, LLC | CIVIL COURTS BUILDING | |
| Nature of Suit: | 10 N TUCKER BLVD | |
| CC Other Tort | SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **HOLLI TEMPLETON**
Alias:
8201 164TH AVENUE, SUITE 200
REDMOND, WA 98052

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**                    *Thomas Kloeppinger*
Date                                Thomas Kloeppinger
                                    Circuit Clerk

*CITY OF ST LOUIS*

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is ___JEFF WALKER___ of ___KING___ County, ___WA___ (state).
3.  I have served the above summons by: (check one)
    [X] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
    _____, a person of the Defendant's/Respondent's family over the age of 15 years.
    [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to
    _____ (name) _____ (title).
    [ ] other (describe)

Served at ___31727 NE 11th ST CARNATION WA___ (address)
in ___KING___ County, ___WA___ (state), on ___May 25 2017___ (date) at ___15:14___ (time).
___JEFF WALKER___                              ___Jeff Walker___
Printed Name of Sheriff or Server              Signature of Sheriff or Server

Subscribed and Sworn To me before this ___26___ (day) ___May___ (month) ___2017___ (year)
I am: (check one)    [ ] the clerk of the court of which affiant is an officer.
                     [ ] the judge of the court of which affiant is an officer.
*(Seal)*             [ ] authorized to administer oaths in the state in which the affiant served the above summons.
                         (use for out-of-state officer)
                     [ ] authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

Service Fees, if applicable
Summons        $_____
Non Est        $_____
Mileage        $_____ (_____ miles @ $_____ per mile)
Total          $_____
              See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - City of St. Louis - May 31, 2017 - 11:15 AM



**IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number: 1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO 63102 | Process Server 1 |
| | | Process Server 2 |
| vs. | | |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

**Summons for Personal Service Outside the State of Missouri**
**(Except Attachment Action)**

The State of Missouri to:  PACIFIC PATENT GROUP, LLC
                          Alias:

NOEMI TOVAR, REG. AGENT
8201 164TH AVE., SUITE 200
REDMOND, WA 98052

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**                    *Thomas Kloeppinger*
_____            _____
Date                               Thomas Kloeppinger
                                   Circuit Clerk

*CITY OF ST LOUIS*

Further Information:

**Officer's or Server's Affidavit of Service**

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is  JEFF WALKER  of  King  County, WA (state).
3. I have served the above summons by: (check one)
   ☒ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent. Owner - Holli Templeton
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
   ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
     Holli Templeton (name) Owner (title).
   ☐ other (describe) _____
Served at  31727 NE 111 St Carnation, WA (address)
in  King  County, WASH (state), on  May 25, 2017 (date) at  15:14 (time).
    JEFF WALKER                              Jeff Walker
_____                    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Subscribed and Sworn To me before this  26 (day)  May (month)  2017 (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $_____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

Electronically Filed - City of St. Louis - May 31, 2017 - 11:15 AM



## IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL KELLAN MULLEN | Case Number:  1722-CC01228 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SUSAN L. BUTLER | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS PATRICK DOWD<br>SUITE 4050<br>211 NORTH BROADWAY<br>SAINT LOUIS, MO 63102 | Process Server 1 |
| vs. | | Process Server 2 |
| Defendant/Respondent:<br>CHADEAYNE, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | Process Server 3 |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  PACIFIC PATENT GROUP, LLC
Alias:

NOEMI TOVAR, REG. AGENT
8201 164TH AVE., SUITE 200
REDMOND, WA 98052

COURT SEAL OF

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 3, 2017**
_____
Date

_Thomas Kloeppinger_
Thomas Kloeppinger
Circuit Clerk

CITY OF ST LOUIS

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _JEFF WALKER_ of _King_ County, _WA_ (state).
3.  I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years.
    ☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Reg Agent ~ Ms. Tovar_ (name) _Reg. Agent ~ Owner_ (title).
    ☐ other (describe) _Leaving Copy at Reception ~_

Served at _8201 164ᵗʰ Ave N. E. Suite 200  Redmond WA_ (address)
in _King_ County, _WA_ (state), on _May 25, 2017_ (date) at _16:28_ (time).

_Jeff Walker_                    _Jeff Walker_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Subscribed and Sworn To me before this _26_ (day) _May_ (month) _2017_ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| Total | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.