# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SUSAN J. BUTLER and ) | |
| PATRICK J. BUTLER ) | |
| ) | |
| Plaintiffs, ) | Case No. |
| ) | |
| v. ) | (State Case No. 1722-CC01228) |
| ) | |
| CHADEAYNE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Chadeayne, LLC hereby discloses the following organizational interests:

1. Chadeayne, LLC is a Limited Liability Corporation.

2. Andrew Chadeayne is its sole member.  Mr. Chadeayne is a citizen of Washington.

Respectfully submitted,

**BOYLE BRASHER LLC**

/s/ William A. Brasher
William A. Brasher, #30155MO
Allison E. Lee, #616126MO
One Metropolitan Square
211 N. Broadway, Ste. 2300
St. Louis, Missouri 63102
P: (314) 621-7700
F: (314) 621-1088
wbrasher@boylebrasher.com
alee@boylebrasher.com

*Attorneys for Defendants Chadeayne, LLC and Andrew R. Chadeayne*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May 2017, the foregoing was filed electronically with the Court using the Court's CM/ECF System and that copies of the foregoing were mailed via the U.S.P.S., first class mail with postage prepaid, to the parties below:

Douglas P. Dowd
Dowd & Dowd, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
P: (314) 621-2500
F: (341) 621-2503
doug@dowdlaw.net

*Attorneys for Plaintiff*

/s/ William A. Brasher

5203517                          2